**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>CHARLES BURTON RITCHIE,<br><br>        Defendant. | 2:20-CR-163-APG-EJY<br><br>**Final Order of Forfeiture** |

    The United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2), 18 U.S.C. § 982(a)(1), and 21 U.S.C. § 853(p) based upon the plea of guilty by Charles Burton Ritchie to the criminal offense, forfeiting the property set forth in the Plea Agreement, and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which Charles Burton Ritchie pled guilty. Indictment, ECF No. 2-1; Plea Agreement, ECF Nos. 11 and 13; Amended Preliminary Order of Forfeiture, ECF No. 17; Change of Plea, ECF No. 18.

    This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

    This Court finds the United States notified known third parties by personal service and by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 47.

On September 16, 2020, the United States Attorney's Office served Charles Burton Ritchie and Benjamin Galecki c/o Attorney, Richard Shonfeld, Chesnoff and Schonfeld, by regular and certified return receipt mail with the Amended Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 47-1, p. 3, 6-11, 13-15, 18-21.

On September 16, 2020, the United States Attorney's Office served Stephanie Ritchie by regular and certified return receipt mail with the Amended Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 47-1, p. 3, 6-11, 13-15, 22-25.

On September 16, 2020, the United States Attorney's Office served Gulf Community Bank c/o Registered Agent, Walter J. Ritchie, Jr., by regular and certified return receipt mail with the Amended Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 47-1, p. 3, 6-11, 13-15, 26-28.

On September 16, 2020, the United States Attorney's Office attempted to serve The Psychadelic Shack c/o Registered Agent, Kenneth Jones, by regular and certified return receipt mail with the Amended Preliminary Order of Forfeiture and the Notice. The mail was returned as unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 47-1, p. 3, 6-11, 13-15, 29-33.

On September 16, 2020, the United States Attorney's Office served Stephanie Ritchie c/o Attorney, David L. McGee, by regular and certified return receipt mail with the Amended Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 47-1, p. 3, 6-11, 13-15, 34-36.

On September 16, 2020, the United States Attorney's Office served Stephanie Ritchie c/o Attorney, Wayne Klomp, by regular and certified return receipt mail with the Amended Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 47-1, p. 3, 6-11, 13-15, 37-39.

On September 16, 2020, the United States Attorney's Office served Venport Holdings, LLC, c/o Registered Agent, David L. McGee, by regular and certified return

receipt mail with the Amended Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 47-1, p. 4, 6-11, 13-15, 40-42.

On September 16, 2020, the United States Attorney's Office attempted to serve Venport Holdings, LLC, c/o Stephanie L. Ritchie, Managing Member, by regular and certified return receipt mail with the Amended Preliminary Order of Forfeiture and the Notice. The mail was returned as unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 47-1, p. 4, 6-11, 13-15, 43-47.

On September 16, 2020, the United States Attorney's Office served Nina J. Ginsburg, Dimuro & Ginsberg, by regular and certified return receipt mail with the Amended Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 47-1, p. 4, 6-11, 13-15, 48-50.

On September 16, 2020, the United States Attorney's Office served ZIW, LLC, c/o Attorney, Wayne Klomp, Snell & Wilmer LLP, by regular and certified return receipt mail with the Amended Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 47-1, p. 4, 6-11, 13-15, 51-53.

On September 16, 2020, the United States Attorney's Office served ZIW, LLC, c/o Registered Agent, David L. McGee, by regular and certified return receipt mail with the Amended Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 47-1, p.4, 6-11, 13-15, 54-56.

On September 16, 2020, the United States Attorney's Office attempted to serve Ashley Jett (Galecki) by regular and certified return receipt mail with the Amended Preliminary Order of Forfeiture and the Notice. On September 20, 2020, the mail was awaiting delivery scan and the delivery status has not been updated as of that date. Notice of Filing Service of Process – Mailing, ECF No. 47-1, p. 4, 6-11, 13-15, 57-62.

On November 20, 2020, the United States Attorney's Office served Ashley Jett (Galecki) by regular and certified return receipt mail with the Amended Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 47-1, p. 4, 6-11, 13-15, 63-67.

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from October 3, 2020, through November 1, 2020, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 48-1, p. 5-7.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 982(a)(1) and 21 U.S.C. § 853(p); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law.

The following property is any property, real or personal, involved in violations of 18 U.S.C. § 1957, or any property traceable to such property, and is subject to forfeiture pursuant to 18 U.S.C. § 982(a)(1) and 21 U.S.C. § 853(p):

1. the proceeds from the sale of Ritchie's 2013 LX570 Lexus, VIN JTJHY7AX4D4110626;
2. the proceeds from the sale of Ritchie's residence located at 14 Marilyn Court, Park City, Utah 84060; and
3. the $12,818.47 (more or less) in United States currency paid by Ritchie to Ehrenfield Insurance Company in connection with ZenBio

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any

property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED __March 31_____, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE